UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

19 cr 395 (PKC)

-against-

ORDER

RAMON RAMIEREZ,
                Defendant.
-----------------------------------------------------------x

CASTEL, District Judge:

        There will be a bail hearing on the application of Mr. Ramierez on Wednesday, April 1, 2020 at 11:45 in Courtroom 23B.

        The USMS is respectfully requested to produce the defendant.

        SO ORDERED.

                                          P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
       March 26, 2020