

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Ramon Ramirez,**
             **S1 19 Cr. 395 (PKC)**

Dear Judge Castel:

      The Government respectfully submits this letter pursuant to the District's COVID-19 protocols in order to request that the parties be permitted to appear for the April 1, 2020 bail hearing by telephone. The Government has conferred with Matthew Kluger, Esq., counsel to defendant Ramon Ramirez, and he joins in the Government's request. Further, Mr. Kluger waives the defendant's appearance under Rule 43(b)(3). For the Court's awareness, the Government intends to submit a written opposition to the defendant's bail application in advance of the hearing.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

      by: _____/s/_____
      Celia V. Cohen
      Christopher D. Brumwell
      Assistant United States Attorneys
      (212) 637-2466 / 2477