

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Vance Collins & Ramon Ramirez**,
            S1 19 Cr. 395 (PKC)

Dear Judge Castel:

      The Government, having conferred with counsel for the above-referenced defendants, respectfully submits this joint letter requesting that the hearing on the parties' motions *in limine*, currently scheduled for July 9, 2020 at 2 p.m., be adjourned for 30 days in light of the Court's current COVID-19 protocols and counsel's own health concerns. In the event the Court is not inclined to adjourn the conference, the parties respectfully request that they be permitted to appear by telephone or video conference.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                               Acting United States Attorney

               by: _____/s/_____
                     Celia V. Cohen
                     Christopher D. Brumwell
                     Assistant United States Attorneys
                     (212) 637-2466 / 2477

cc (by ECF): All Counsel