UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                 19-cr-395 (PKC)

       -against-

                                                               ORDER

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                            Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The hearings in this case will proceed in Courtroom 26B on Wednesday, July 22, 2020 at 11:00am.  Members of the public may use the following call-in information to listen to the proceedings:

        Dial-in:       (888) 363-4749

        Access Code:  3667981

SO ORDERED.

                                                       P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
           July 20, 2020