UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

vs.

19 Cr. 395 (PKC)

RAMON RAMIREZ,

            Defendants.

Upon the request of defendant RAMON RAMIREZ, by and through his counsel, and with good cause shown, it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center, and the United States Marshals Service, shall accept the following items of clothing for Mr. Ramirez, Register Number 86958-054, to wear for appearances at trial which is scheduled to commence on October 14, 2020 and continuing thereafter:

1. two sport coats
2. three button-down shirts
3. three undershirts
4. one belt
5. three pairs of slacks
6. three pairs of dress socks
7. one pair of dress shoes
8. two ties

**SO ORDERED.**

Dated: New York, New York
      October 2, 2020

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE