United States District Court
Southern District of New York

United States of America

vs.

No. 19-cr-395 (PKC)

Ramon Ramirez
Defendant,

## Motion For Appointment of Counsel
### Under 18 U.S.C. 3006A

And Now, Here comes, Defendant Ramon Ramirez Pro-se who avers the following relief at this time.

As this goes to the record of direct appeal and counsel failure of Mathew Kluger not filing notice of appeal. Which cause defendant to further request the court to remove counsel and appoint new counsel

---

Handwritten order by judge:

1. The docket sheet reflects that a Notice of Appeal from the May 12, 2021 Judgment was filed by Mr. Kluger on May 18, 2021 (Doc 158).

2. Application regarding appellate counsel should be made to the U.S. Court of Appeals for the Second Circuit. Application DENIED without prejudice to making the application in the proper court.

SO ORDERED.
[signature], USDJ
10·26·21

Mailed to Ramirez 10/26/2021

for direct appeal.

Wherefore Mr. Ramires prays Honorable Judge P. Kevin Castel "Granted" Motion for Appointment of Counsel

Respectfully Submitted,

x /s/ Ramon A. Ramz
Ramon Ramirez #869580-054
FCI Allenwood-Medium
P.O. Box 2000
White Deer, PA, 17887

Date: Oct. 13, 2021

Ramon Ramirez
#86458-054
FCI Allenwood
Po Box 2500
White Deer PA
17887

Clerk Court
500 Pearl St, New York
NY 10007-1312

Crim. JR
Dkt

ALLENWOOD FEDERAL CORRECTIONAL
WHITE DEER, PA 17887

DATE _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.