THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

United States of America
- Plaintiff

vs                                          Case No. 1:19-cr-00395

Ramon Ramirez
- Defendant

Motion Seeking A 30-Day Extension

Now comes the Defendant, Ramon Ramirez, pro se and in forma pauperis, with a motion before the Court seeking a 30-day extension to respond to the government's "Memorandum Of Law In Opposition..." (see Doc n. 178; 1/6/25) received by prison mail on January 14, 2025. The reason for the extension is as follows:

- The facility where I am housed is short-staffed and that leads to frequent closure of the library, law library, and typing room; and
- English is not my primary language and it takes me a lot of time to assimilate what I read.

Given what has been stated, the Defendant asks the Honorable Court to GRANT the 30-day extension.

January 16, 2025                            Submitted by:

                                            Ramon A Ramirez
                                            Ramon Ramirez

Application GRANTED to the extent that Mr Ramirez may reply to the government's submission of December 16, 2024 (ECF 177) by February 28, 2025.
SO ORDERED
USDJ 1-23-25

Clerk of the Court                                        January 16, 2025

US District Court

500 Pearl St, Rm 120

New York, NY  10007


Re: case No. 1:19-cr-00395


Dear Sir/Madam:

With respect to the above-mentioned case number, I have enclosed a motion seeking a 30-day extension to respond to the government's "Memorandum Of Law In Opposition..." received by prison mail on January 14, 2025.

I appreciate your consideration and I await your reply.

                                                          Sincerely,

                                                          *[signature]*
                                                          Ramon Ramirez

