UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

          19-cr-395 (PKC)

-against-

          ORDER

RAMON RAMIREZ

        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       In connection with the motion by defendant Ramirez for a sentence reduction for extraordinary and compelling reasons, the government is respectfully directed to obtain and transmit by November 28, 2025 to the undersigned via Chamber's email the medical and disciplinary history of defendant for the period January 1, 2022 to the present.

       All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

       SO ORDERED.

                                          P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       November 4, 2025

1